IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SETH LINS,                                    :
                                              :
                    Plaintiff,                :        CIVIL ACTION NO. 21-3975
                                              :
        v.                                    :
                                              :
PENNSYLVANIA SOCIETY FOR THE                  :
PREVENTION OF CRUELTY TO                      :
ANIMALS; NICOLE WILSON,                       :
individually and in her official capacity;    :
LISA GERMANIS, VMD, individually and          :
in her official capacity; JENNIFER            :
NIELDS, Humane Society Police Officer;        :
and DOES 1 to 10,                             :
                                              :
                    Defendants.               :

## ORDER

**AND NOW**, this 23rd day of June, 2023, after considering (1) the defendants' motion for summary judgment (Doc. No. 36), (2) the plaintiff's response in opposition to the motion (Doc. No. 41), (3) the defendants' reply in support of the motion (Doc. No. 49), (4) the plaintiff's first sur-reply in opposition to the motion (Doc. No. 54), (5) the defendants' first sur-reply in support of the motion (Doc. No. 56), and (6) the plaintiff's second sur-reply in opposition to the motion (Doc. No. 62); and after hearing oral argument on the motion; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.     The motion for summary judgment (Doc. No. 36) is **GRANTED**. Judgment is **ENTERED** in favor of the defendants and against the plaintiff for all claims made against the defendants in the amended complaint (Doc. No. 20); and

2.      The clerk of court shall **MARK** this case as **CLOSED**.


                              BY THE COURT:



                              /s/ *Edward G. Smith*
                              EDWARD G. SMITH, J.